IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John G. Mendoza, | NO. C 09-03435 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| John W. Haviland, Warden, | |
| Respondent. | |

Pursuant to the Court's September 24, 2010 Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent John W. Haviland, Warden, against Petitioner John G. Mendoza.

No certificate of appealability shall issue. Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: September 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Pamela K. Critchfield Pamela.Critchfield@doj.ca.gov
R. Shanti Brien shanti@shantibrien.com

**Dated:  September 24, 2010**                                        **Richard W. Wieking, Clerk**


**By:       /s/ JW Chambers                        **
        **Elizabeth Garcia**
        **Courtroom Deputy**